UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FLORES, | No. C-10-04101-DMR |
| Plaintiff, | **ORDER GRANTING REQUEST TO EXTEND PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

The Court is in receipt of the parties' stipulated request to extend the time for Plaintiff to file a summary judgment motion in this case. The request is GRANTED. Plaintiff shall have until February 11, 2011 to file a summary judgment motion. No further extensions will be granted.

IT IS SO ORDERED.

Dated: January 12, 2011

DONNA M. RYU
United States Magistrate Judge