UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FLORES,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant.<br>_____/ | No. C-10-04101-DMR<br><br>**ORDER GRANTING IN PART REQUEST TO EXTEND PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

      The Court is in receipt of the parties' second stipulated request to extend the time for Plaintiff to file a summary judgment motion in this case. The Court notes that it has granted a previous request for an extension of time, in which the Court stated that no further extensions would be permitted. *See* Docket No. 14. The Court is also concerned about the timing of both requests for an extension, which have been filed on the due date of the motion. However, given that Defendant stipulated to the request, the Court will grant a limited extension. Plaintiff shall have until **February 25, 2011** to file a summary judgment motion. No further extensions, even if filed as a stipulated request, will be granted.

      IT IS SO ORDERED.

Dated: February 11, 2011

                                              DONNA M. RYU
                                              United States Magistrate Judge